# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 11, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0672.  TARANGO v. GRAY.**

Appellant has filed a motion styled "Motion to Dismiss Appeal."  In substance, however, it is a Motion to Withdraw Appeal under Court of Appeals Rule 41 (g). Said motion is GRANTED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____08/11/2015_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*